**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| IN RE ROWE PLASTIC SURGERY LITIGATION, | 23-cv-6206 (SHS) (OTW)<br>23-cv-8140 (JGK) (OTW)<br>23-cv-8509 (SHS) (OTW)<br>23-cv-8514 (LJL) (OTW)<br><br>**<u>ORDER</u>** |

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On February 7, 2025, the Court stayed the above-captioned cases pending settlement discussions. (*See, e.g.*, 23-CV-6206, ECF 43). As such settlement discussions were ultimately unsuccessful, the stay on the above-captioned cases is hereby lifted.

The Clerk of Court is respectfully directed to file this order in each of the above-captioned cases.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: April 7, 2025  **Ona T. Wang**
New York, New York  United States Magistrate Judge