**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                  :

IN RE ROWE PLASTIC SURGERY LITIGATION,    :    23-CV-6206 (SHS) (OTW)
                                                  :    23-CV-7049 (JHR) (OTW)
                                                  :    23-CV-8509 (SHS) (OTW)

                                                  :    **ORDER**

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties have indicated that they would like the opportunity to submit supplemental briefing with respect to the pending motions to dismiss in the above-captioned cases. Plaintiffs' supplemental brief is due by **April 21, 2025.** Defendants' supplemental reply brief is due by **April 25, 2025,** and is not limited to responding to issues raised in Plaintiffs' supplemental brief**.** There will be no extensions to these deadlines.

**SO ORDERED.**

Dated: April 16, 2025                                    _s/ Ona T. Wang_
        New York, New York                   **Ona T. Wang**
                                                 United States Magistrate Judge